```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )        4:04CR3115
            Plaintiff,         )
                               )
    vs.                        )        ORDER
                               )
BRADLEY D. SMITH,              )
                               )
            Defendant.         )
```

IT IS ORDERED that a revocation hearing is set to commence at **12:00 p.m. on April 11, 2006** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated: January 11, 2006.

BY THE COURT

s/ David L. Piester
_____
David L. Piester
United States Magistrate Judge